Case No. 24-1662

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

OWEN W. BARNABY

Plaintiff-Appellant

vs.

STATE OF MICHIGAN, ET AL.

Defendants-Appellees.

---

## ON APPEAL FROM THE U.S. DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

---

### RESPONSE TO PLAINTIFF-APPELLANT'S MOTION REGARDING BRIEFING[RE 10] ON BEHALF OF DEFENDANTS-APPELLEES BERRIEN COUNTY, BERRIEN COUNTY BOARD OF COMMISSIONERS, SHELLY WEICH, LORA L. FREEHLING, DONNA B. HOWARD, MCKINLEY R. ELLIOTT, MABEL J. MAYFIELD, GARY J. BRUCE, BERRIEN COUNTY TRIAL COURT, KATHLEEN CULBERSON, JAMES MCGOVERN, AND BRET WITSKOWSKI

Kevin J. Campbell (P66367)
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway
Livonia, Michigan 48152
*Attorneys for County Defendants-Appellees*

NOW COME Defendants-Appellees, Berrien County, Berrien County Board of Commissioners, Shelly Weich, Lora L. Freehling, Donna B. Howard, McKinley R. Elliott, Mabel J. Mayfield, Gary J. Bruce, Berrien County Trial Court, Kathleen Culberson, James McGovern, and Bret Witskowski (the "County Defendants"), by their counsel, Cummings, McClorey, Davis & Acho, PLC, and respectfully submit this response to Plaintiff-Appellant Owen W. Barnaby's motion regarding briefing [RE 10].

The County Defendants do not oppose Plaintiff-Appellant's request in so far as it pertains to *his* briefing deadlines and requirements, and not those of the County Defendants. The County Defendants respectfully request that they remain subject to the standard deadlines and filing requirements set forth in the Federal Rules of Appellate Procedure.

Respectfully submitted,

  /s/ Kevin J. Campbell
Kevin J. Campbell (P66367)
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway
Livonia, Michigan 48152
kcampbell@cmda-law.com

Dated:  August 21, 2024

**CERTIFICATE OF SERVICE**

I hereby certify on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: All Attorneys of Record; and I hereby certify that I have mailed by United State Postal Service the document to the following Non-ECF participants: Owen W. Barnaby, P.O. Box 1926, Kennesaw, GA 30156.

*/s/ Kevin J. Campbell*
Kevin J. Campbell