UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 4, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| OWEN W. BARNABY, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; KENDELL ASBENSON; DANA NESSEL, Attorney General; CITY OF BENTON HARBOR, MI; NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County, MI Treasurer, in his individual and official capacities; SHELLY WEICH, Berrien County, MI Treasurer; LORI D. JARVIS, Berrien County MI Registrar; LORA L. FREEHLING, Berrien County, MI Registrar; KATHLEEN CULBERSON, Berrien County, MI Notary Public; DONNA B. HOWARD, Attorney; MCKINLEY R. ELLIOTT, Attorney; JAMES T. MCGOVERN, Attorney; JEFFREY ROBERT HOLMSTROM, Attorney; HOLMSTROM LAW, PLC; MICHIGAN COURT OF APPEALS; MABEL J. MAYFIELD, Circuit Judge; GARY J. BRUCE, Circuit Judge; ELIZABETH T. CLEMENT, Circuit Judge; ELIZABETH L. GLEICHER, Circuit Judge; CHRISTOPHER M. MURRAY, Circuit Judge; BERRIEN COUNTY, MI TRIAL COURT, for the State of Michigan; BRIDGET MARY MCCORMACK, Circuit Judge; ALFRED M. BUTZBAUGH, Former Circuit Judge, <br><br> Defendants-Appellees. | O R D E R |

The plaintiff appeals the district court's order grating the defendants' motions to dismiss, denying the plaintiff's amended request for default judgment, awarding defendant City of Benton Harbor a monetary sanction, and imposing pre-filing restrictions. The plaintiff now moves for leave to file an oversized brief of up to 25,000 words and an oversized reply brief of up to 12,000 words. The plaintiff also seeks to expedite the briefing schedule. The County defendants respond in opposition to the request for expedited briefing.

Briefs in excess of the word limits provided by the rules are seldom permitted. 6 Cir. I.O.P. 28(a). The motion to file an oversized brief and reply brief is DENIED. A party must show good cause to expedite an appeal. The plaintiff's motion to expedite is DENIED.

                                      ENTERED PURSUANT TO RULE 45(a)
                                      RULES OF THE SIXTH CIRCUIT

                                      _/s/ Kelly L. Stephens_
                                      Kelly L. Stephens, Clerk